Submitted on record and briefs November 3, 2006, reversed January 3, 2007

In the Matter of M. Z.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. Z.,
*Appellant.*

0505-65522; A129028

150 P3d 1069

Travis Eiva, Benjamin Haile, and The Law Offices of Haile Eiva, L.L.P., filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Carolyn Alexander, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Linder, Judge pro tempore.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the evidence in the record is insufficient to establish that he is presently a danger to himself or others because of a mental disorder. ORS 426.130. The state concedes that the evidence does not establish the grounds for the order of commitment that was entered in this case. On *de novo* review, we agree and accept the concession.

Reversed.